UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

```
FILED
MAR 26 2010
CLERK, U.S. DISTRICT COURT
NORFOLK, VA
```

DONNA DENISE THORSON,

    Plaintiff,

v.                          ACTION NO. 4:09cv61

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## FINAL ORDER

Plaintiff brought this action under Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) seeking judicial review of the final decision of the Commissioner of Social Security denying her applications for disability insurance Benefits and Supplemental security income under the Social Security Act.

This matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72(b) of the Federal Rules of Civil Procedure, as well as Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia, for a report and recommendation. The Report and Recommendation of the Magistrate Judge was filed on February 23, 2010, recommending that the action be dismissed because the statute of limitations had expired. By copy of the report, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the Magistrate Judge's Report

and Recommendation, and the time for filing same has expired.

The Court hereby ADOPTS the findings and recommendations set forth in the report of the United States Magistrate Judge filed on February 23, 2010, and the case is DISMISSED as untimely under 42 U.S.C. § 402(g).

The Clerk shall forward a copy of this Final Order to pro se plaintiff and to counsel of record for defendant.

/s/ MSD
Mark S. Davis
United States District Judge

Norfolk, Virginia
March 25, 2010

2